940

No. 509. UNITED STATES *v.* VERMONT ET AL. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Daniel M. Friedman* and *Joseph Kovner* for the United States. *Charles E. Gibson, Jr.,* Attorney General of Vermont, for respondents.

No. 276. EASTERN AIR LINES, INC., ET AL. *v.* WEINSTEIN, EXECUTRIX, ET AL. C. A. 3d Cir. Certiorari denied. *Thomas F. Mount, Owen B. Rhoads, George J. Miller* and *Sidney L. Wickenhaver* for petitioners. *Abraham E. Freedman* and *Milton M. Borowsky* for respondents.

No. 344. ORMENTO *v.* UNITED STATES;

No. 346. DI PIETRO *v.* UNITED STATES;

No. 356. FERNANDEZ *v.* UNITED STATES;

No. 359. PANICO *v.* UNITED STATES;

No. 468. GALANTE *v.* UNITED STATES;

No. 568. LOICANO *v.* UNITED STATES;

No. 441, Misc. MANCINO *v.* UNITED STATES;

No. 492, Misc. SCIREMAMMANO *v.* UNITED STATES; and

No. 705, Misc. MIRRA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Kossman* for petitioner in No. 344. *Harris B. Steinberg* for petitioner in No. 346. *Nathan Kestnbaum* for petitioner in No. 356. *Jerome Lewis* for petitioner in No. 359. *Bruno Schachner* for petitioner in No. 468. *Sylvester Cosentino* for petitioner in No. 568. *Constantine N. Katsoris* for petitioner in No. 441, Misc. *Leon B. Polsky* for petitioner in No. 492, Misc. *William R. Luney* for petitioner in No. 705, Misc. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. Reported below: 319 F. 2d 916.